LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN WEISBERG,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **HD SUPPLY, INC.,** <br><br> Defendant. | Case No. 2:15-cv-08248-FMO-MRW <br><br> **JOINT NOTICE OF CLASS-WIDE SETTLEMENT** |

Notice of Settlement - 1

NOW COMES PLAINTIFF AND DEFENDANT by and through their attorneys to respectfully notify this Honorable Court that this case has entered into a class-wide settlement.  Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow ninety (90) days with which to file a Motion for Preliminary Approval, and other dispositive documentation.  This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 8th day of November, 2016.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiffs

By: s/ Alexander H Cote
    Alexander H Cote
    Scheper Kim and Harris LLP
    Attorney for Defendant

Filed electronically on this 8th day of November, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

Amos Alexander Lowder
Scheper Kim and Harris LLP

Alexander H Cote
Scheper Kim and Harris LLP

This 8th day of November, 2016.

s/Todd M. Friedman
Todd M. Friedman