JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WEISBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>H.D. SUPPLY, INC.,<br><br>    Defendant. | Case No. CV 15-8248 FMO (MRWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Incentive Award ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Jonathan Weisberg shall be paid an incentive payment of $5,000 in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $306,250.00 in attorney's fees, and $8,589.20 in costs in accordance with the terms of the Settlement Agreement.

3. The Claims Administrator, Epiq, shall be paid $160,000 for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

    5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 29th day of January, 2018.

                                            /s/
                                Fernando M. Olguin
                            United States District Judge